**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

ROBERT L. MORRISON,

    Petitioner,

v.

Warden DUKE TERRELL,

    Respondent.

Civil No. 08-665 (ADM/JJG)

**ORDER ON REPORT
AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, (Docket No. 1), is **DENIED**; and

2. This action is **DISMISSED WITH PREJUDICE**.

Dated: July 6, 2009          s/ Ann D. Montgomery
                                       ANN D. MONTGOMERY
                                       United States District Judge